A. R. LASLEY, *Appellant*, v. G. W. BARTLETT et al., *Appellees*.

No. 17,674.

HEADNOTE BY THE REPORTER.

TAX DEED—*Contiguous Lots—Presumptions*. Where a number of city lots are included in a tax deed on record more than five years and there is nothing on the face of the deed to show that the lots are not contiguous, the presumption is in favor of the validity of the tax deed.

Appeal from Scott district court. Opinion filed June 8, 1912. Affirmed.

*J. S. Simmons*, and *W. H. Russell*, for the appellant. *R. D. Armstrong*, for the appellees.

*Per Curiam:* Several conceivable plans involving consecutive and orderly numbering would make the lots contiguous. There is nothing on the face of the deed to show that they are not contiguous. Presumptions are to be indulged in favor of the deed and not against

Glenn v. Railway Co.

it. The deed being good on its face was not vulnerable to evidence showing the lots were not in fact contiguous. In *Worden v. Cole,* 74 Kan. 226, 86 Pac. 464, the lots lay in different blocks, which implied separating streets.

The judgment is affirmed